UNITED STATES DISTRICT COURT  SEND
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

Case No.:    CV **04**-8306-TJH (RNBx)                           Date: July 30, 2008

Title: *John P. Harley v Housing Authority of the County of Santa Barbara., et al.,*

---

**PRESENT:**
   THE HONORABLE TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | N/A |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**Attorneys Present for Plaintiff:**           **Attorneys Present for Defendants:**
   None Present                                       None Present

---

**PROCEEDINGS:**   IN CHAMBERS - Order To Show Cause Re: Dismissal for Lack of Prosecution [FRCP 4(M), FRCP 55, L.R. 41]

The Court, on its own motion, hereby ORDERS plaintiff(s) to show cause in writing on or before **August 29, 2008** why this action should not be dismissed for lack of prosecution.

As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this Order To Show Cause, on or before the above date:

  **X**   Proof(s) of service of summons and complaint on the defendant(s):
_____   An answer by the defendant:
_____   Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure;
_____   Plaintiff's request that the clerk enter default judgment or plaintiff's noticed motion for entry of default judgment pursuant to Rule 55b of the Federal Rules of Civil Procedure.

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 12 to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon the default of any defendant. All stipulations affecting the progress of the case must be approved by this Court. (Local Rules 7-1 and 7-2).

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or **motion** on or before the date upon which a response by plaintiff(s) is due. This action will be **dismissed** if the above mentioned documents are not filed by the date indicated above.

cc: all counsel

MINUTES FORM 11                                                     Initials of Deputy Clerk YS
CIVIL - GEN